**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6692**

RICKIE JOSEPH ANDERSON,

Plaintiff - Appellant,

v.

PHARMACIST JULIE FINCH; LT. MACK; SGT. K. HALLMAN; DR. CONNIE VICE; DR. HERBERT MYLES; DR. MICHAEL WEINSTEIN; DANIEL JOHNSON; JUDGE J. B. ALLEN; H. G. ALEXANDER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:08-ct-03002-FL)

Submitted: September 16, 2008    Decided: September 22, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rickie Joseph Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickie Joseph Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anderson v. Finch, No. 5:08-ct-03002-FL (E.D.N.C. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED